UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KNOX and CAROLYN SCHACHT,<br><br>     Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>     -against-<br><br>CENGAGE LEARNING HOLDINGS II, INC., CENGAGE LEARNING, INC., and DOE AFFILIATED ENTITIES 1-10,<br><br>     Defendants. | No. 18 Civ. 04292 (GBD) (BCM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by the parties to the above-captioned action, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

Dated: October _4_, 2018

**SLARSKEY LLC**

By: _[signature]_____
David Slarskey
800 Third Avenue, 18th Floor
New York, NY 10022

*Counsel for Plaintiffs*

**SATTERLEE STEPHENS LLP**

By: _[signature]_____
James F. Rittinger
230 Park Avenue, Suite 1130
New York, NY 10169

*Counsel for Defendants*