

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

Glenn C. Edwards
Email:gedwards@ssbb.com
Direct Dial: (212) 404-8732

October 4, 2018

By ECF and Facsimile

Hon. George B. Daniels, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re    *Knox et al. v. Cengage Learning Holdings II, Inc. et al.*
          No. 18 Civ. 04292 (GBD) (BCM)
          <u>Notice of Stipulation of Dismissal</u>

Dear Judge Daniels:

    We represent defendants Cengage Learning, Inc. and Cengage Learning Holdings II, Inc. in the above-referenced matter. I write, on behalf of our firm and plaintiffs' counsel, David Slarskey, to inform the Court that the parties have settled this matter and filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). A copy of the stipulation is enclosed.

    On behalf of all the parties, we appreciate the Court's attention to this case.

                                 Sincerely,

                                 Glenn C. Edwards

3073976_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KNOX and CAROLYN SCHACHT,<br><br>    Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>    -against-<br><br>CENGAGE LEARNING HOLDINGS II, INC., CENGAGE LEARNING, INC., and DOE AFFILIATED ENTITIES 1-10,<br><br>    Defendants. | No. 18 Civ. 04292 (GBD) (BCM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by the parties to the above-captioned action, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

Dated: October  4 , 2018

**SLARSKEY LLC**

By:_____
David Slarskey
800 Third Avenue, 18th Floor
New York, NY 10022

*Counsel for Plaintiffs*

**SATTERLEE STEPHENS LLP**

By:_____
James F. Rittinger
230 Park Avenue, Suite 1130
New York, NY 10169

*Counsel for Defendants*

3072349_1