UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KNOX and CAROLYN SCHACHT,

    Plaintiffs, on behalf of themselves and all others similarly situated,

-against-

CENGAGE LEARNING HOLDINGS II, INC., CENGAGE LEARNING, INC., and DOE AFFILIATED ENTITIES 1-10,

    Defendants.

No. 18 Civ. 04292 (GBD) (BCM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by the parties to the above-captioned action, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

Dated: October 4, 2018

| | |
|---|---|
| **SLARSKEY LLC** | **SATTERLEE STEPHENS LLP** |
| By: _[signature]_ | By: _[signature]_ |
| David Slarskey | James F. Rittinger |
| 800 Third Avenue, 18th Floor | 230 Park Avenue, Suite 1130 |
| New York, NY 10022 | New York, NY 10169 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED:

_[signature]_
George B. Daniels, U.S.D.J.

Dated: OCT 09 2018

3072349_1